

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Guy Mitchell Sims Jr.,

\* From the 318th District Court
of Midland County,
Trial Court No. FM-71,754.

Vs. No. 11-23-00030-CV

\* April 27, 2023

Beatriz Amanda Padilla,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Guy Mitchell Sims Jr.'s unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this cross-appeal are taxed against Guy Mitchell Sims Jr.